IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00099-PSF-OES

DEBRA ERICKSON, Personal Representative of the Estate of Rourk Erickson,

   Plaintiff,

v.

ELI LILLY AND COMPANY, an Indiana corporation,

   Defendant.

## ORDER WITHDRAWING REFERENCE TO MAGISTRATE JUDGE

This matter comes before the Court *sua sponte*, in response to the reference of this case to Magistrate Judge Schlatter and his scheduling order of January 24, 2006 (Dkt. # 4).

The Court finds that in light of Magistrate Judge Schlatter's impending retirement scheduled for February 14, 2006, it would be more efficient for this Court to address the Motion to Quash Subpoena, filed on January 20, 2006, by non-party Rocky Mountain Poison Center (Dkt. # 1). Accordingly, the reference to the Magistrate Judge is hereby WITHDRAWN.

Although Magistrate Judge Schlatter allowed the parties opposing the motion to quash until March 8, 2006 to file a response, the Court will address the matter on a more expedited basis if the parties opposing the motion file any response earlier. In such event, non-party Rocky Mountain Poison Center will have seven days thereafter to file a reply.

The Court also notes that the Motion to Quash (Dkt. # 1) contains the social security number of plaintiff's decedent.  Pursuant to the Local Rules regarding Electronic Case Filing Procedures (Civil Version 2.0), Section XI, Privacy Policy, Paragraph B, the Clerk of the Court is ORDERED to SEAL Document No. 1 in this matter and counsel for non-Party Rocky Mountain Poison Center should refile its Motion to Quash, <u>redacting</u> the reference to said social security number.  All counsel in this matter are reminded that on documents filed electronically they are to redact references to social security numbers, using only the last four digits.

DATED: January 30, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge