IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00099-PSF-MEH

DEBRA ERICKSON, Personal Representative of the Estate of Rourk Erickson,

    Plaintiff,

v.

ELI LILLY AND COMPANY, an Indiana corporation,

    Defendant.

## ORDER SETTING TELEPHONIC HEARING ON MOTION TO QUASH

This matter is before the Court on the parties' Joint Motion to Set Telephonic Hearing (Dkt. # 20). The Court hereby

ORDERS that a telephonic hearing on the motion to quash is set for **March 29, 2006 at 3:00 p.m.** Counsel desiring to participate in this hearing are directed to arrange among themselves to call Chambers (303-335-2174) on a conference line **(no speaker, cordless or cell phones permitted)** at the appropriate time to be forwarded to the courtroom telephone.

DATED: March 27, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge