IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00099-PSF-MEH

DEBRA ERICKSON, Personal Representative of the Estate of Rourk Erickson,

    Plaintiff,

v.

ELI LILLY AND COMPANY, an Indiana corporation,

    Defendant.

## ORDER RE CONTINUED HEARING ON MOTION TO QUASH

As stated during oral argument at the hearing held March 29, 2006, if the parties are unable to resolve their differences regarding the motion to quash, said hearing has been set to continue **April 17, 2006 at 9:00 a.m.**  Counsel are DIRECTED to appear in person at that time**.**

    DATED: March 29, 2006

                                                BY THE COURT:

                                                *s/ Phillip S. Figa*

                                                _____
                                                Phillip S. Figa
                                                United States District Judge