IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00099-PSF-MEH

DEBRA ERICKSON, Personal Representative of the Estate of Rourk Erickson,

    Plaintiff,

v.

ELI LILLY AND COMPANY, an Indiana corporation,

    Defendant.

**ORDER RE JOINT STIPULATION TO WITHDRAW
MOTION TO QUASH AND SUBPOENA**

    This matter comes before the Court on the Joint Stipulation to Withdraw Motion to Quash (Dkt. # 25), filed April 13, 2006 by plaintiff and Non-Party Rocky Mountain Poison Center ("RMPC"). That stipulation recites that there is an agreement to withdraw the subpoena issued by plaintiff to RMPC, and therefore the subpoena is deemed withdrawn. Accordingly, the Renewed Motion to Quash Subpoena filed by RMPC on February 1, 2006 (Dkt. # 8) is DENIED as moot. The hearing scheduled for April 17, 2006 is VACATED and this case is DISMISSED.

    DATED: April 13, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*
                                              _____
                                              Phillip S. Figa
                                              United States District Judge